JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>     v.<br><br>AUTOZONE WEST, INC., a Delaware Corporation; and Does 1-10,<br><br>          Defendants. | Case: 2:14-CV-08528-RGK-SH<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 24, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal                Case: 2:14-CV-08528-RGK-SH